RHEDERI ACTIEN GESELLSCHAFT OCEANA v. HOLLAND. SAME v. CLUTHA SHIPPING CO., Limited. (Circuit Court of Appeals, Second Circuit. May 8, 1917.) Appeals from the District Court of the United States for

the Southern District of New York. The following is the opinion of Veeder, District Judge, in the lower court: "Exceptions in admiralty open the entire record. Among the defenses excepted to is the assertion that the outbreak of war between Great Britain and Germany renders further performance of these contracts illegal during the continuance of hostilities, in view of which this court should not exercise jurisdiction. These cases are controlled by the court's decision in the case of Watts, Watts & Co., Ltd., v. Unione Austriaca di Navigazione, etc. (D. C.) 224 Fed. 198, in which an opinion is filed herewith. For the reasons there given, the libels are dismissed, without prejudice." On motions to dismiss or affirm. Burlingham, Montgomery & Beecher, of New York City (Roscoe H. Hupper, of New York City, of counsel) for libelant. Convers & Kirlin, of New York City (John M. Woolsey, of New York City, of counsel), for respondents. Before COXE, WARD, and HOUGH, Circuit Judges.

PER CURIAM. Decrees affirmed.